545 S.E.2d 556

**Ruth Boyd HUGHES, Appellant,**

v.

**Richard Lee HUGHES, Appellee.**

**Record No. 1188–99–2.**

Court of Appeals of Virginia.

May 1, 2001.

Katina D. Clarke for appellant.

Denis C. Englisby (Englisby, Englisby & Vaughn, on brief), Chesterfield, for appellee.

Before: FITZPATRICK, C.J., and BENTON, WILLIS, ELDER, BRAY, ANNUNZIATA, BUMGARDNER, FRANK, HUMPHREYS, CLEMENTS, and AGEE, JJ.

## UPON A REHEARING EN BANC

By published opinion dated August 1, 2000, a divided panel of this Court reversed the judgment of the trial court, which awarded custody of the minor children to the father. *See Hughes v. Hughes,* 33 Va.App. 160, 531 S.E.2d 654 (2000). We stayed the mandate of that decision and granted a rehearing *en banc.*

Upon rehearing *en banc,* the stay of this Court's August 1, 2000 mandate is lifted, and the judgment of the trial court is

reversed for the reasons set forth in the majority panel opinion.

This order shall be published and certified to the trial court.